No. 87–751.  CARLUCCI, SECRETARY OF DEFENSE, ET AL. *v.* DOE.  C. A. D. C. Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari granted.

No. 87–1277.  LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION *v.* NELSON.  C. A. 8th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari granted.

No. 86–203.  GREAT ATLANTIC & PACIFIC TEA CO., INC. *v.* MOLDOVAN ET AL., AS TRUSTEES FOR THE TRI-STATE UFCW AND EMPLOYERS BENEFIT FUND; and

No. 86–208.  MOLDOVAN ET AL., AS TRUSTEES FOR THE TRI-STATE UFCW AND EMPLOYERS BENEFIT FUND *v.* GREAT ATLANTIC & PACIFIC TEA CO., INC.  C. A. 3d Cir.  Certiorari denied.

No. 86–262.  U. A. 198 HEALTH & WELFARE, EDUCATION & PENSION FUNDS *v.* RESTER REFRIGERATION SERVICE, INC.  C. A. 5th Cir.  Certiorari denied.

No. 86–1019.  SIGN, PICTORIAL & DISPLAY INDUSTRY PENSION TRUST FUND ET AL. *v.* FORMETRICS, INC.  C. A. 9th Cir.  Certiorari denied.

No. 86–1854.  NEW BEDFORD FISHERMEN'S WELFARE FUND ET AL. *v.* BALTIC ENTERPRISES, INC., ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 87–421.  BRAVO *v.* CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 87–644.  SCHMIDT ET AL. *v.* SERPAS ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 87–655.  GOLDBERG *v.* UNITED STATES DEPARTMENT OF STATE.  C. A. D. C. Cir.  Certiorari denied.